UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-cv-00088 WMW-JFD

MARGARET COSTELLO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, that all claims in this action are hereby voluntarily DISMISSED WITH PREJUDICE, without costs or attorney's fees to any party, and that judgment may be entered accordingly.

Dated: November 10, 2022

*/s/ David W.H. Jorstad*

David W.H. Jorstad, #124631
**JORSTAD LAW, PLLC**
Attorney for Plaintiff
3675 Plymouth Boulevard, Suite 105
Plymouth, MN 55446
(763) 515-9400
jorstad@jorstadlaw.com

Dated: November 10, 2022

ANDREW M. LUGER
United States Attorney

*/s/ Adam J. Hoskins*

BY: ADAM J. HOSKINS
Assistant United States Attorney
Attorney ID Number 393157
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
adam.hoskins@usdoj.gov