# UNITED STATES DISTRICT COURT

## District of Minnesota

Margaret Costello,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 22-cv-88 (WMW/JFD)

United States of America,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 11/16/2022

KATE M. FOGARTY, CLERK